UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

District Case No. 26-CR-94

SER JIMMY L. SHEPHERD,

Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Attorney Angela Kachelski moves the Court for an Order allowing her to withdraw as counsel for the defendant in this action. The attorney-client relationship suffers from irreconcilable differences. The defendant has called counsel today and requested that counsel withdraw as his attorney and another attorney be appointed to represent him. Undersigned counsel was the first appointed counsel under the Criminal Justice Act in this case and requests that she be allowed to withdraw and that the Federal Defender Office appoint successor counsel for the defendant.

Dated at this 14th day of August, 2026.

Electronically signed by:

Angela C. Kachelski
State Bar No. 01020860
7101 N. Green Bay Ave.
Suite 6A
Telephone: (414) 352-3300
Fax: (414) 352-3316
Email: angela@kachelskilawfirm.com